United States District Court
Southern District of Texas
**ENTERED**
October 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LOUIS PACK, JR., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:16-cv-075 |
| CAMERON COUNTY SHERIFF, <br> OMAR LUCIO, et al. <br> Defendants. | § § § § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Defendant's Motion to Dismiss (Docket No. 18) is **GRANTED**, and Plaintiff's Complaint (Docket No. 1) is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

Signed on this 11th day of October, 2016.

Rolando Olvera
United States District Judge